Beehive Federal Credit Union
POBox40
Rexburg, ID 83440


Burtenshaw B23 Farms
Busch Agriculteral Resources 3421E.CountyLineRd.
Idaho Falls, ID 83401


Citizen Community Bank
POBox1089
Pocatello, ID 83204


Dale Murdock
c/oRyan Ballard P.O.Box38
Rexburg, ID 83440


Farm Bureau
POBox4848
Pocatello, ID 83205


Idaho Falls Dental
3380S.25thE.
Idaho Falls, ID 83404


IRS
CentralizedInsolvencyOpera
P.O.Box7346
Philadelphia, PA 19101-7346

Les Schwab
LesSchwabCorpOffice
POBox35181
Seattle, WA 98124


M T Bank
P.O.Box619063
Dallas, TX 75261


Navient
POBox9500
Wilkes Barre, PA 18773-9500


Ron's Tire Factory
1440E.1500N.
Terreton, ID 83450


SallieMae
P.O.Box9500
Wilkes Barre, PA 18773-9500


State of Idaho
800ParkBlvd.PlazaIV
Boise, ID 83712


Trost Feed Seed
113E.6thS.
Saint Anthony, ID 83445


Utah State Tax Commission
210N.1950W
Salt Lake City, UT 84134-0266