Craig W. Simpson, Esq. (I.S.B. #2699)
Attorney at Law
2520 Channing Way
P. O. Box 2869
Idaho Falls, ID 83403-2869
Telephone:   (208) 523-2722
csimpson905@westmark.0rg

Attorney for Beehive Federal Credit Union

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MARK J. MURDOCK | ) | Bankruptcy No. 19-40359 |
| MICHELLE H. MURDOCK | ) | |
| | ) | Chapter 12 |
| Debtors, | ) | |
| | ) | |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOTICE IS HEREBY GIVEN that Craig W. Simpson enters his appearance on behalf of Beehive Federal Credit and hereby request that all notices given or required to be given in this case, and all papers served, or required to be served, be sent or delivered to the undersigned:

      Craig W. Simpson
      Attorney at Law
      P.O. Box 2869
      Idaho Falls, Idaho   83403-2869
      (208) 523-2722, csimpson905@westmark.org

Such notices shall include notices by CM/ECF, email, mail, telex, telephone or other means of transmission, and notices requested shall include, but not limited to, all notices relating to matters set forth in Rule 2002, *et. al.*

DATEthis 21st day of May, 2019.

                                    /s/ Craig W. Simpson
                                    Craig W. Simpson
                                    Attorney for Beehive Federal Credit Union

1.       NOTICE OF APPEARANCE

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 21, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Aaron Tolson
ajt@aaronjtolsonlaw.com

Gary Rainsdon, Chapter 12 Trustee

Jason Ronald Naess
jason@pmt.org

                                                           S/ Craig W. Simpson
                                                           Craig W. Simpson
                                                           Attorney at Law